**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6520
_____


CLINTON BRINSON,

                              Petitioner - Appellant,

        versus


TERRY O'BRIEN,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Samuel G. Wilson, District
Judge.   (7:07-cv-00103-sgw)

_____

Submitted: July 24, 2007          Decided:  July 31, 2007

_____

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Clinton Brinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Brinson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brinson v. O'Brien, No. 7:07-cv-00103-sgw (W.D. Va. Mar. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED